**21 MAG 8294**

Approved: _ _Ashley C. Nicolas_____
          ASHLEY C. NICOLAS
          Assistant United States Attorney

Before:   HONORABLE KEVIN N. FOX
          United States Magistrate Judge
          Southern District of New York

```
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   SEALED COMPLAINT
                                    :
              -v.-                   :   Violations of 18 U.S.C.
                                    :   §§ 371, 922(a)(1)(A),
MICHAEL MORGAN,                     :   922(g), 924(a), and 2.
    a/k/a "Jason Anthony Smalls"    :
                                    :   COUNTY OF OFFENSE:
              Defendant.            :   BRONX
------------------------------------X
```

SOUTHERN DISTRICT OF NEW YORK, ss.:

        JOHN DOOLEY, being duly sworn, deposes and says that he is a Task Force Officer with the New York Drug Enforcement Task Force and charges as follows:

**COUNT ONE**
(Firearms Trafficking Conspiracy)

        1.   In or about January 2020, in the Southern District of New York and elsewhere, MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, trafficking in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A).

        2.   It was a part and object of the conspiracy that MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

<u>Overt Acts</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about January 2020, an individual acting as a firearms broker (the "Broker") in the Bronx, New York, coordinated a meeting between MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, and an undercover law enforcement officer ("UC-1").

b. On or about January 24, 2020, MORGAN sold four firearms to UC-1 in the vicinity of Marmion Avenue in the Bronx, New York.

(Title 18, United States Code, Section 371.)

**<u>COUNT TWO</u>**
(Firearms Trafficking)

4.    In or about January 2020, in the Southern District of New York and elsewhere, MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of dealing in firearms in interstate and foreign commerce, and in the course of such business shipped, transported, and received firearms in interstate and foreign commerce, to wit, MORGAN illegally sold four firearms manufactured outside of New York to UC-1 on or about January 24, 2020, in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.)

2

**COUNT THREE**
(Felon in Possession)

5.    On or about January 24, 2020, in the Southern District of New York and elsewhere, MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess firearms and ammunition, to wit, on or about January 24, 2020, in the Bronx, New York, MORGAN sold UC-1 four firearms with ammunition in the Bronx, New York, and the firearms and ammunition were in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

The bases for my knowledge and the foregoing charges are, in part, as follows:

6.    I have been involved in the investigation of this matter, and I base this affidavit on that experience, as well as on my conversations with other law enforcement agents, and my examination of various reports and records.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. In the course of this investigation, I have learned, among other things, the following:

7.    Based on my conversations with UC-1, I know that, on or about January 24, 2020, the Broker coordinated a meeting between UC-1 and MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant.

8.    Based on my conversations with UC-1 and my review of surveillance footage, I know, among other things, the following:

a.  On or about January 24, 2020, at approximately 3:00 p.m., UC-1 met with MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, in the defendant's parked car in the vicinity of Marmion Avenue, in the Bronx, New York.

3

b. During the meeting, MORGAN offered UC-1 four firearms for sale. MORGAN also offered UC-1 a box of ammunition with each firearm. UC-1 purchased all four firearms (with ammunition) for $2,800 (the "Gun Sale").

c. During the Gun Sale, MORGAN explained in substance and in part to UC-1, that, in the future, MORGAN could provide UC-1 with a wide variety of weapons, including assault rifles, pistols, and grenades, which he could acquire from his suppliers which included a gun store employee in Pennsylvania. MORGAN further explained in substance and in part to UC-1 that MORGAN sometimes traveled out of state, including to Michigan, to purchase firearms which he stored in New Jersey before retrieving them for sale in New York.

9. Based on my conversations with UC-1, I know that after the Gun Sale, UC-1 viewed photographs from a law enforcement database and identified the seller as MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant.

10. Based on my own comparison of a photograph of MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, maintained on a law enforcement database, and the video recordings taken during the January 24, 2020 firearms and ammunition sales, I believe that the individual who sold the firearms and ammunition to UC-1 was MORGAN.

11. On or about January 24, 2020, I and other law enforcement officers took an inventory of the items that UC-1 purchased from MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant. Those items included: (i) Ruger .45 caliber semi-automatic pistol, serial number ("SN") 67099710, with 25 rounds of ammunition (the "Ruger"); (ii) an Fabrique Nationale Herstal ("FNH") USA FNP40, .40 caliber pistol, serial number 61CMP12567, with 50 rounds of ammunition (the "FNH"); (iii) a Taurus Model PT 738 .380 caliber semi-automatic, model PT738, SN 1D120895, with 30 rounds of ammunition (the "Taurus") and (iv) a Rossi Model .38 caliber revolver, SN D834959, with 50 rounds of ammunition (the "Rossi")(collectively "the Firearms").

12. On or about January 24, 2020, and again on or about December 8, 2020, I queried the serial numbers on the Firearms and learned that three of the Firearms have been reported as stolen. Specifically:

a. The Ruger was reported stolen to the Horry County Police Department in Conway, South Carolina, on or about December 28, 2016.

4

b. The FNH was reported stolen to the Charleston Police Department in Charleston, South Carolina, on or about November 15, 2015.

c. The Taurus was reported stolen to the Horry County Police Department in Conway, South Carolina, on or about January 6, 2020.

13.  Based on my review of Maryland court records, I know that on or about November 28, 1995, MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, was convicted of Murder in the Second Degree, a felony, in Baltimore City, Maryland.  On or about June 9, 1995, MORGAN was sentenced to a term of 20 years' imprisonment.

14.  Based on my training and experience, as well as my review of records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I know that the Firearms and ammunition purchased by UC-1 from MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, on or about January 24, 2020, were not manufactured in New York.

15.  Based on my conversation with an ATF Agent who consulted an ATF database, I know that MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, does not have a license to deal in firearms.

5

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of MICHAEL MORGAN, a/k/a "Jason Anthony Smalls," the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

s/John Dooley by KNF,USMJ
JOHN DOOLEY
Task Force Officer
New York Drug Enforcement
Task Force

Sworn to me by reliable
electronic means this
24th day of August 2021

_____
HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

6